UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NATHANIEL JONES, | : | |
| | : | |
| Petitioner | : | CIVIL NO. 1:CV-16-2033 |
| vs. | : | |
| | : | (Judge Caldwell) |
| WARDEN ODDO, | : | |
| | : | |
| Respondent | : | |

*O R D E R*

THE BACKGROUND OF THIS ORDER IS AS FOLLOWS:

On November 29, 2016, this 28 U.S.C. § 2241 petition was dismissed without prejudice. On November 30, 2016, the pro se petitioner, Nathaniel Jones, filed a notice of change of address. (ECF No. 5). Jones notes he has been in transit from USP-Allenwood to USP-Atwater, in California, from November 7 through November 29, 2016. (*Id.*)

Jones filed his petition on September 28, 2016. (ECF No. 1, Pet.) On October 12, 2016, he was notified that he must either pay the filing fee or submit a signed Application to Proceed In Forma Pauperis or his case would be dismissed. (ECF No. 2). On November 29, 2016, his petition was dismissed without prejudice after he failed to submit the filing fee or an Application to Proceed In Forma Pauperis. (ECF No. 4, Order). We note that none of the court's mailings to Jones were returned as undeliverable. Thus, we will not *sua sponte* reopen Jones's case based on his recent transfer.

AND NOW, this 20th day of December, 2016, it is ordered that the Clerk of Court provide Jones with a copy of the docket in this matter.

/s/ William W. Caldwell
William W. Caldwell
United States District Judge